1  Patrick H. Dwyer, SBN 137743
   P.O. Box 1705
2  Penn Valley, CA 95946
   530-432-5407
3  Facsimile: 530-432-5439

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 _____
                                              ) **CASE NO.** 2:06-CV-1004 MCE GGH
12 CLYDE TERRY, an individual                  )
   ANNE TERRY, an Individual,                  ) ORDER GRANTING
13                                             )
                               Plaintiffs      ) CONTINUANCE OF HEARING
14           v.                                )
                                               ) ON RULE 12 MOTIONS
15 THE TRAVELERS INDEMNITY                     )
   COMPANY OF CONNECTICUT,                     )
16 a corporation; and                          )
                                               )
17 KENNEL PAK, INC., a corporation;            )
                                               )
18 GENTZLER & SMITH ASSOCIATES, a              )
   corporation                                 )
19                                             )
                               Defendants.     )
20 _____)

21

22         Having reviewed the Amended Request for Continuance of the Hearing of

23 the Defendants' Rule 12 Motions submitted by counsel for Plaintiffs Clyde and Anne

24 Terry, and there being good cause shown therefore:

25 ///

26 ///

27 ///

28 ///

_____

1   It is hereby ordered that the date(s) of hearing on all Defendants' Rule 12
2  Motions are continued from July 17, 2006 and August 7, 2006, to October 16, 2006 at
3  09:00 a.m..
4  Dared: June 15, 2006.

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -