1  Patrick H. Dwyer, SB # 137743
   P.O. Box 1705
2  Penn Valley, CA 95946
   Telephone: (530) 432-5407
3  Fax: (530) 432-5439

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10

11  CLYDE TERRY, an individual, and      ) CASE NO. 2:06-CV-1004-MCE-GGH
    ANNE TERRY, an individual,           )
12                                       )
                         Plaintiffs,     )
13                                       )
    vs.                                  ) ORDER GRANTING VOLUNTARY
14                                       ) DISMISSAL OF ACTION WITH
                                         ) PREJUDICE PURSUANT TO
15  THE TRAVELERS INDEMNITY              ) FRCP 41(A)(1)(ii)
    COMPANY OF CONNECTICUT, a            )
16  corporation; and                     )
                                         )
17  KENNEL PAK, a corporation; and       )
    GENTZLER & SMITH ASSOCIATES, a       )
18  corporation;                         )
                                         )
19                                       )
                                         )
20                       Defendants.     )
                                         )
21  _____

22

23         Having reviewed the Stipulation for Dismissal of the Entire Action pursuant

24  to FRCP 41(a)(1)(ii) signed by all the parties to the action, and there being good cause

25  shown therefore:

26  ///

27  ///

28  ///

_____

1    It is hereby ordered that entire action be dismissed with prejudice and that
2 each party shall pay their own costs as set forth in the Stipulation for Dismissal.
3 DATED: November 2, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE